ARNOLD REUBEN, JR., Appellant, v. BENJAMIN TAGER et al., Defendants, and PARK AVENUE RESTAURANT, INC., Respondent.— Order unanimously modified, without costs, by referring the question of the ownership of the fund to a referee to report to the court at Special Term. The decision of the motion will be held in abeyance pending the coming in of the referee's report. Settle

order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ .